FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 20  AM 9: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                          NO. 04-20247-Ma

MARCUS MCKINNIE,

    Defendant.

---

### ORDER RESETTING SENTENCING DATE

Before the court is the defendant's May 19, 2005, motion to continue the sentencing which is presently set for May 20, 2005. For good cause shown, the motion is granted. The sentencing of defendant Marcus McKinnie is **reset to Monday, June 6, 2005 at 9:00 a.m.**

IT IS SO ORDERED this 19th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

Document entered on the docket sheet in compliance
Rule 55 and/or 32(b) FRCrP on 5-20-05

34

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20247 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT