IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                              NO. 04-20247-Ma

MARCUS McKINNIE,

    Defendant.

### ORDER RESETTING SENTENCING DATE

Before the court is the defendant's June 16, 2005, motion to reset the sentencing of Marcus McKinnie, which is presently set for June 17, 2005. For good cause shown, the motion is granted. The sentencing of defendant Marcus McKinnie is **reset to Friday, June 24, 2005, at 11:00 a.m.**

It is so ORDERED this 16th day of June, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20247 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT